UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Tootie's 225 LLC et al.**, | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) |
| | ) Case No. 4:11cv01463 CDP |
| | ) |
| **Russell Oliver et al.**, | ) |
| | ) |
| Defendants. | ) |

ORDER

The above-styled case was filed in the Eastern Division of this court, in error, on 08/22/2011 and assigned to the Honorable Judge Catherine D. Perry. Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division cause number.

**IT IS THEREFORE ORDERED** that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No.1:11cv00155 SNLJ. The Honorable Stephen N. Limbaugh, Jr. will preside.

Case No. 4:11cv01463 CDP is hereby administratively closed.

Dated this 23th day of August, 2011.

JAMES G. WOODWARD
CLERK OF COURT

By: /s/ Karen Moore
Deputy Clerk

Please refer to Case No. 1:11cv00155 SNLJ in all future matters concerning this case.